COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-18-00906-CR

Style:  Kiara Taylor v. The State of Texas

Date motion filed*:  February 21, 2019

Type of motion:  Fourth Motion for Extension of Time to File Reporter's Record

Party filing motion:  Court Reporter Jennifer Slessinger

Document to be filed:  Reporter's Record

Is appeal accelerated?  No.

If motion to extend time:

　　　Original due date:  December 3, 2018

　　　Number of extensions granted:  3  Current Due Date:  February 25, 2019

　　　Date Requested:  March 8, 2019 (95 days from original deadline)

Ordered that motion is:

☑ Granted

　　　If document is to be filed, document due:  March 8, 2019.

　　　☑  No further extensions of time will be granted.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☑ Other: The Clerk of this Court's February 4, 2019 notice stated that this Court granted the reporter's third extension request until February 25, 2019, with no further extensions to be granted absent extraordinary circumstances.  Because the court reporter's fourth extension request provides extraordinary circumstances, it is **granted**, but the reporter is warned that **no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 35.3(c).  Accordingly, if the reporter's record is not filed by **March 8, 2019**, the Court may abate for a show-cause hearing to determine whether **Jennifer Slessinger** should be held in contempt. *See* TEX. R. APP. P. 37.3(a)(2).

Judge's signature: ___/s/ Justice Evelyn V. Keyes_____

　　　　　x  Acting individually　　☐  Acting for the Court

Date: __February 26, 2019_____